UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN C. DAWSON,                              Case No. 6:11-cv-79-Orl-28DAB

      Plaintiff,

vs.

COMMONWEALTH FINANCIAL SYSTEMS, INC.,
a Pennsylvania corporation d/b/a "NCC",

and

JOHN and JANE DOES I - III,

      Defendant(s)                              /
_____/

## COMPLAINT
**(Jury Trial Demand)**

## INTRODUCTION

1.  This is an action for damages brought by an individual consumer, BRIAN C.
DAWSON, (hereinafter "BRIAN DAWSON", " "Consumer" or "Plaintiff"), for Defendant's
violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (hereinafter
"FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair
practices.   This action arises from Defendant COMMONWEALTH FINANCIAL SERVICES,
INC. (doing business as "NCC") (hereinafter referred to as "COMMONWEALTH") and JOHN
and JANE DOES I - III's communications (i.e., telephone messages) to Plaintiff which
violated :   (1)   § 1692e(11) because Defendants failed to disclose that it is a debt collector;
and/or   (2)   § 1692d(6) because Defendants failed to meaningfully disclose its identity.

1

Plaintiff seeks an award of statutory damages (in the amount of $ 1,000), reasonable attorney's fees and costs jointly and severally against each of the Defendants.

## I. **JURISDICTION AND VENUE**

2.   Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3.   Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the conduct complained of because, at all times relevant, Plaintiff resided in this District (Seminole County, Florida) and the Defendants transact business here.   Furthermore, Defendant COMMONWEALTH placed at least one telephone call to Plaintiff in this District.

## **II. PARTIES**

4.   Plaintiff, BRIAN C. DAWSON (hereinafter, "BRIAN DAWSON"), is a natural person who, at all times relevant, resided in Seminole County, Florida.

5.   Defendant, COMMONWEALTH FINANCIAL SYSTEMS, INC. (hereinafter "COMMONWEALTH")   is a Pennsylvania corporation whose principal place of business is 120 North Kyser Avenue in Scranton, PA (18504). Defendant COMMONWEALTH FINANCIAL SYSTEMS, INC. also attempts to collect consumer debts using the fictitious name "NCC".

6.   Defendant, COMMONWEALTH's registered agent in the State of Florida is Corporation Service Company whose offices are at 1201 Hays Street in Tallahassee, FL (32301-2525).

7.   Plaintiff also sues the person or persons who created, approved, directed, and/or participated in the collection practices that are the subject of this litigation. The identity of these persons is known to Defendant COMMONWEALTH but is not presently known to Plaintiff.

2

These defendants are hereinafter referred to as Defendants JOHN AND JANE DOES I, II, and III. (Defendants COMMONWEALTH and JOHN AND JANE DOES I THROUGH III are hereinafter collectively referred to as the "Defendants").

8.  Defendants COMMONWEALTH and JOHN and JANE DOES I - III are "debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a(6) because they regularly use the mails and/or the telephone to collect, or attempt to collect, delinquent consumer debts, including delinquent consumer debts in the Middle District of Florida.

9.  All acts performed by JOHN and JANE DOES I - III which are alleged in this complaint were taken on behalf of Defendant COMMONWEALTH and were within the course and scope of the DOES' agency and/or employment.

10. Defendant COMMONWEALTH is licensed as a "consumer collection agency" in the State of Florida.

11. The principal purpose of the Defendants COMMONWEALTH is the collection of debts using the mails and telephone.

12. Defendants COMMONWEALTH regularly directly or indirectly attempt to collect debts alleged to be due to another through the use of the telephone and/or mails from consumer residing in Florida and in the Middle District of Florida.

13. Defendants were acting as debt collectors with respect to the collection of the Alleged Account.

14. All acts of the individual (DOE) defendants described below were committed with the intent to collect the Alleged Account on behalf of defendants COMMONWEALTH.

3

**BRIAN DAWSON**

15.   At all times material hereto, BRIAN DAWSON was a "consumer" as this term is defined under 15 U.S.C. § 1692a(3).

### III FACTUAL ALLEGATIONS

16.   At all times material hereto, the original creditor who granted or funded the Alleged Account was a "creditor" (the "Creditor") as this term is defined under 15 U.S.C. § 1692a(4).

17.   At all times material hereto, the alleged account that Defendants were attempting to collect from Plaintiff (the "Alleged Account") was a "debt" as this term is defined under 15 U.S.C. § 1692a(5).

18.   The Alleged Account went into default before Defendant acquired any interest in the Alleged Account.

19.   At some unknown time in the past, COMMONWEALTH directly or indirectly contracted with Creditor (or its successors in interest) for the purpose of collecting the afore described consumer debt.

20.   Defendant left the following messages for Plaintiff on voice mail on or about the dates stated :

FEBRUARY 22, 2010                          1:34 P.M.

"for Brian C. Dawson. My name is Sam Davenport. If this is not Brian C. Dawson, please hang up or disconnect immediately. This is an attempt to contact Brian C. Dawson concerning an unresolved business issue. Please press 9 to be connected or call us at your convenience at 1-866-927-9374.

This is an important message for Brain C. Dawson. My name is Sam Davenport. If this is not Brian C. Dawson, please hang up or disconnect

4

immediately. This is an attempt to contact Brian C. Dawson concerning an unresolved business issue. Please press 9 to be connected or call us at your convenience at 1-866-927-9374."

FEBRUARY 24, 2010                    9:57 A.M.

"for Brian C. Dawson. My name is Sam Davenport. If this is not Brian C. Dawson, please hang up or disconnect immediately. This is an attempt to contact Brian C. Dawson concerning an unresolved business issue. Please press 9 to be connected or call us at your convenience at 1-866-927-9374.

This is an important message for Brain C. Dawson. My name is Sam Davenport. If this is not Brian C. Dawson, please hang up or disconnect immediately. This is an attempt to contact Brian C. Dawson concerning an unresolved business issue. Please press 9 to be connected or call us at your convenience at 1-866-927-9374."

FEBRUARY 25, 2010                    4:00 P.M.

"for Brian C. Dawson. My name is Sam Davenport. If this is not Brian C. Dawson, please hang up or disconnect immediately. This is an attempt to contact Brian C. Dawson concerning an unresolved business issue. Please press 9 to be connected or call us at your convenience at 1-866-927-9374.

This is an important message for Brain C. Dawson. My name is Sam Davenport. If this is not Brian C. Dawson, please hang up or disconnect immediately. This is an attempt to contact Brian C. Dawson concerning an unresolved business issue. Please press 9 to be connected or call us at your convenience at 1-866-927-9374."

FEBRUARY 26, 2010                    2:57 P.M.

"for Brian C. Dawson. My name is Sam Davenport. If this is not Brian C. Dawson, please hang up or disconnect immediately. This is an attempt to contact Brian C. Dawson concerning an unresolved business issue. Please press 9 to be connected or call us at your convenience at 1-866-927-9374.

This is an important message for Brain C. Dawson. My name is Sam Davenport. If this is not Brian C. Dawson, please hang up or disconnect immediately. This is an attempt to contact Brian C. Dawson concerning

an unresolved business issue.  Please press 9 to be connected or call us at your convenience at 1-866-927-9374."

FEBRUARY 27, 2010                              11:33 A.M.

"for Brian C. Dawson. My name is Sam Davenport.  If this is not Brian C. Dawson, please hang up or disconnect immediately.  This is an attempt to contact Brian C. Dawson concerning an unresolved business issue.  Please press 9 to be connected or call us at your convenience at 1-866-927-9374.

"This is an important message for Brain C. Dawson.  My name is Sam Davenport.  If this is not Brian C. Dawson, please hang up or disconnect immediately.  This is an attempt to contact Brian C. Dawson concerning an unresolved business issue.  Please press 9 to be connected or call us at your convenience at 1-866-927-9374."

For purposes of identification, the above quoted messages (received February 22, 2010 through February 27, 2010) are  hereinafter referred to as  the "Double Sam Davenport" Message.    Defendants also left identical (non-truncated)  "single" messages on many additional occasions including :

MARCH 2, 2010                              11:16 A.M.

"This is an important message for Brain C. Dawson.  My name is Sam Davenport.  If this is not Brian C. Dawson, please hang up or disconnect immediately.  This is an attempt to contact Brian C. Dawson concerning an unresolved business issue.  Please press 9 to be connected or call us at your convenience at 1-866-927-9374."

MARCH 3, 2010                              11:20 A.M.

"This is an important message for Brain C. Dawson.  My name is Sam Davenport.  If this is not Brian C. Dawson, please hang up or disconnect immediately.  This is an attempt to contact Brian C. Dawson concerning an unresolved business issue.  Please press 9 to be connected or call us

at your convenience at 1-866-927-9374."

MARCH 4, 2010                          11:38 A.M.

"This is an important message for Brain C. Dawson.  My name is Sam
Davenport.  If this is not Brian C. Dawson, please hang up or disconnect
immediately.  This is an attempt to contact Brian C. Dawson concerning
an unresolved business issue.  Please press 9 to be connected or call us
at your convenience at 1-866-927-9374."

MARCH 5, 2010                          10:12 A.M.

"This is an important message for Brain C. Dawson.  My name is Sam
Davenport.  If this is not Brian C. Dawson, please hang up or disconnect
immediately.  This is an attempt to contact Brian C. Dawson concerning
an unresolved business issue.  Please press 9 to be connected or call us
at your convenience at 1-866-927-9374."

MARCH 8, 2010                          12:49 P.M.

"This is an important message for Brain C. Dawson.  My name is Sam
Davenport.  If this is not Brian C. Dawson, please hang up or disconnect
immediately.  This is an attempt to contact Brian C. Dawson concerning
an unresolved business issue.  Please press 9 to be connected or call us
at your convenience at 1-866-927-9374."

MARCH 9, 2010                          11:11 A.M

"This is an important message for Brain C. Dawson.  My name is Sam
Davenport.  If this is not Brian C. Dawson, please hang up or disconnect
immediately.  This is an attempt to contact Brian C. Dawson concerning
an unresolved business issue.  Please press 9 to be connected or call us
at your convenience at 1-866-927-9374."

MARCH 11, 2010                         1:05 P.M.

This is an important message for Brain C. Dawson.  My name is Sam
Davenport.  If this is not Brian C. Dawson, please hang up or disconnect

immediately.  This is an attempt to contact Brian C. Dawson concerning an unresolved business issue.  Please press 9 to be connected or call us at your convenience at 1-866-927-9374."


MARCH 15, 2010                              1:21 P.M.

"This is an important message for Brain C. Dawson.  My name is Sam Davenport.  If this is not Brian C. Dawson, please hang up or disconnect immediately.  This is an attempt to contact Brian C. Dawson concerning an unresolved business issue.  Please press 9 to be connected or call us at your convenience at 1-866-927-9374."


MARCH 16, 2010                              2:22 P.M.

"This is an important message for Brain C. Dawson.  My name is Sam Davenport.  If this is not Brian C. Dawson, please hang up or disconnect immediately.  This is an attempt to contact Brian C. Dawson concerning an unresolved business issue.  Please press 9 to be connected or call us at your convenience at 1-866-927-9374."


MARCH 17, 2010                              11:22 A.M.

"This is an important message for Brain C. Dawson.  My name is Sam Davenport.  If this is not Brian C. Dawson, please hang up or disconnect immediately.  This is an attempt to contact Brian C. Dawson concerning an unresolved business issue.  Please press 9 to be connected or call us at your convenience at 1-866-927-9374."


MARCH 18, 2010                              10:43 A.M.

"This is an important message for Brain C. Dawson.  My name is Sam Davenport.  If this is not Brian C. Dawson, please hang up or disconnect immediately.  This is an attempt to contact Brian C. Dawson concerning an unresolved business issue.  Please press 9 to be connected or call us at your convenience at 1-866-927-9374."


MARCH 19, 2010                              10:38 A.M

"This is an important message for Brain C. Dawson.  My name is Sam Davenport.  If this is not Brian C. Dawson, please hang up or disconnect immediately.  This is an attempt to contact Brian C. Dawson concerning an unresolved business issue.  Please press 9 to be connected or call us at your convenience at 1-866-927-9374."

MARCH 20, 2010                              9:52 A.M.

"This is an important message for Brain C. Dawson.  My name is Sam Davenport.  If this is not Brian C. Dawson, please hang up or disconnect immediately.  This is an attempt to contact Brian C. Dawson concerning an unresolved business issue.  Please press 9 to be connected or call us at your convenience at 1-866-927-9374."

MARCH 23, 2010                              5:25 P.M.

"This is an important message for Brain C. Dawson.  My name is Sam Davenport.  If this is not Brian C. Dawson, please hang up or disconnect immediately.  This is an attempt to contact Brian C. Dawson concerning an unresolved business issue.  Please press 9 to be connected or call us at your convenience at 1-866-927-9374."

MARCH 24, 2010                              11:41 A.M.

"This is an important message for Brain C. Dawson.  My name is Sam Davenport.  If this is not Brian C. Dawson, please hang up or disconnect immediately.  This is an attempt to contact Brian C. Dawson concerning an unresolved business issue.  Please press 9 to be connected or call us at your convenience at 1-866-927-9374."

MARCH 25, 2010                              11:11 A.M.

"This is an important message for Brain C. Dawson.  My name is Sam Davenport.  If this is not Brian C. Dawson, please hang up or disconnect immediately.  This is an attempt to contact Brian C. Dawson concerning an unresolved business issue.  Please press 9 to be connected or call us at your convenience at 1-866-927-9374."

MARCH 26, 2010                    10:38 A.M.

"This is an important message for Brain C. Dawson.  My name is Sam
Davenport.  If this is not Brian C. Dawson, please hang up or disconnect
immediately.  This is an attempt to contact Brian C. Dawson concerning
an unresolved business issue.  Please press 9 to be connected or call us
at your convenience at 1-866-927-9374."

MARCH 29, 2010                    3:29 P.M.

"This is an important message for Brian C. Dawson.  My name is Sam
Davenport.  If this is not Brian C. Dawson, please hang up or disconnect
immediately.  This is an attempt to contact Brian C. Dawson concerning
an unresolved business issue.  Please press 9 to be connected or call us
at your convenience at 1-866-927-9374."

MARCH 30, 2010                    11:34 A.M.

"This is an important message for Brian C. Dawson.  My name is Sam
Davenport.  If this is not Brian C. Dawson, please hang up or disconnect
immediately.  This is an attempt to contact Brian C. Dawson concerning
an unresolved business issue.  Please press 9 to be connected or call us
at your convenience at 1-866-927-9374."

MARCH 31, 2010                    3:08 P.M.

"This is an important message for Brian C. Dawson.  My name is Sam
Davenport.  If this is not Brian C. Dawson, please hang up or disconnect
immediately.  This is an attempt to contact Brian C. Dawson concerning
an unresolved business issue.  Please press 9 to be connected or call us
at your convenience at 1-866-927-9374."

APRIL 1, 2010                    12:37 P.M.

"This is an important message for Brain C. Dawson.  My name is Sam
Davenport.  If this is not Brian C. Dawson, please hang up or disconnect
immediately.  This is an attempt to contact Brian C. Dawson concerning
an unresolved business issue.  Please press 9 to be connected or call us
at your convenience at 1-866-927-9374."

10

APRIL 2, 2010                                8:32 P.M.

"This is an important message for Brain C. Dawson.  My name is Sam
Davenport.  If this is not Brian C. Dawson, please hang up or disconnect
immediately.  This is an attempt to contact Brian C. Dawson concerning
an unresolved business issue.  Please press 9 to be connected or call us
at your convenience at 1-866-927-9374."


APRIL 5, 2010                                2:26 P.M.

"This is an important message for Brain C. Dawson.  My name is Sam
Davenport.  If this is not Brian C. Dawson, please hang up or disconnect
immediately.  This is an attempt to contact Brian C. Dawson concerning
an unresolved business issue.  Please press 9 to be connected or call us
at your convenience at 1-866-927-9374."


APRIL 6, 2010                                6:38 P.M.

"This is an important message for Brain C. Dawson.  My name is Sam
Davenport.  If this is not Brian C. Dawson, please hang up or disconnect
immediately.  This is an attempt to contact Brian C. Dawson concerning
an unresolved business issue.  Please press 9 to be connected or call us
at your convenience at 1-866-927-9374."


APRIL 7, 2010                                3:23 P.M.

"This is an important message for Brain C. Dawson.  My name is Sam
Davenport.  If this is not Brian C. Dawson, please hang up or disconnect
immediately.  This is an attempt to contact Brian C. Dawson concerning
an unresolved business issue.  Please press 9 to be connected or call us
at your convenience at 1-866-927-9374."


21.    Defendant left similar or identical messages on other occasions.  (Collectively, the

"telephone messages").

22.    The messages are "communications" as defined by 15 U.S.C. § 1692a(2).   See

*Berg v. Merchs. Ass'n Colection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008

11

U.S. Dist. LEXI 94023 (S.D. Fla. Oct. 31, 2008).

23.   Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and/or failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

24.   All communications were made on behalf of Defendant COMMONWEALTH.

25.   All of Defendants' collection actions at issue in this matter occurred within one year of the date of this Complaint.

26.   The statements made by Defendants COMMONWEALTH and JOHN and JANE DOES I through III are to be interpreted under the "least sophisticated consumer" standard. Jeter v. Credit Bureau, Inc., 760 F.2d 1168 (11th Cir. 1985).

27.   BRIAN DAWSON has retained the undersigned law office to represent her interest herein and is obligated to pay said law office a reasonable fee for its services.

### IV.  COUNT I
### BRIAN DAWSON v. COMMONWEALTH  and John and  Jane DOES I - III
### (Fair Debt Collections Practices Act)

28.   Plaintiff BRIAN DAWSON repeats and re-alleges and incorporates by reference paragraphs 1 through 27 above.

29.   Defendants failed to meaningfully disclose in the telephone messages the identity of Defendant COMMONWEALTH in violation of 15 U.S.C. § 1692d(6).   Edwards v. Niagara Credit Solutions, Inc., 586 F.Supp.2d 1346, 1351-52 (N.D.Ga. 2008) *aff'd on onther grounds*, 584 F.3d 1350 (11th Cir. 2009).

30.   Defendants failed to disclose in the telephone messages that the call was from a

12

debt collector in violation of 15 U.S.C. § 1692e(11).  Edwards v. Niagara Credit Solutions, Inc.,

586 F.Supp.2d 1346, 1351-52 (N.D.Ga. 2008) *aff'd on other grounds*, 584 F.3d 1350 (11th Cir.

2009); Drossin v. National Action Financial Services, Inc., 641 F.Sup.2d 1314, 1319-20 (S.D.

Fla. 2009); Belin v. Litton Loan Servicing, 2006 U.S. Dist. LEXIS 47953 (M.D. Fla. 2006);

and  Foti v. NCO Fin. Sys., 424 F.Supp.2d 643, 646 (D.N.Y. 2006).

WHEREFORE, Plaintiff BRIAN C. DAWSON  requests that the Court enter judgment

in favor of Plaintiff BRIAN C. DAWSON   and against Defendants COMMONWEALTH

FINANCIAL SYSTEMS, INC.  and JOHN and JANE DOES I , II, and III  for :

    A.   Statutory damages pursuant to 15 U.S.C. § 1692k;

    B.   Costs and reasonable attorney's fees pursuant to 15  U.S.C. § 1692k;

    C.   Such other or further relief as the Court deems proper.

## V.  COUNT II
### FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR
#### (Fair Debt Collections Practices Act)

31.  Plaintiff BRIAN DAWSON   repeats and re-alleges and incorporates by reference

paragraphs 1 through 27  above.

32.   Defendants failed to disclose in the telephone messages that it is a debt collector in

violation of 15 U.S.C. § 1692e(11).   See *Foti v. NCO Fin. Sys.*, 424 F.Supp.2d 643, 646

(D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M.D. Fla.

2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff BRIAN C. DAWSON  requests that the Court enter judgment

in favor of Plaintiff BRIAN C. DAWSON and against Defendants COMMONWEALTH

FINANCIAL SYSTEMS, INC.  and JOHN AND JANE DOES I, II and III  for :

    A.    Statutory damages (in the amount of $ 1,000.00)  pursuant to 15 U.S.C. § 1692k;

    B.  Costs and reasonable attorney's fees pursuant to 15  U.S.C. § 1692k;

    C.    Such other or further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands *trial by jury* on all issues so triable in this action.

Dated : JANUARY 20, 2011.

DONALD E. PETERSEN

    Law Office of Donald E. Petersen
    Post    Office    Box    1948
    Orlando,   FL   32802-1948
    Voice :     (407) 648-9050
    Facsimile : N/A
    E.C.F. (Only) : depecf@cfl.rr.com
    Email : petersen221@yahoo.com
    F.B.N.            0776238

    Attorney for the Plaintiff,
    BRIAN C. DAWSON

14